IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GEORGE A. MOSBY,**

    Plaintiff,

v.                                                                                  Civil Action No. **3:10CV132**

**CHESTERFIELD DEPARTMENT OF
SOCIAL SERVICE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 16, 2010, the Court conditionally docketed Plaintiff's action. In that Memorandum Order, the Court directed Plaintiff, *inter alia*, to complete and return an affidavit in support of his request to proceed *in forma pauperis* to the Court. On March 25, 2010, the March 16, 2010 Memorandum Order was returned to the Court by the United States Postal Service marked, "Inmate Released," and, "RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD." Additionally, on March 22, 2010, the Court received from Plaintiff's former place of incarceration a letter explaining that Plaintiff was released on March 17, 2010. Plaintiff's failure to keep the Court apprised of his current address indicates a lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall issue.

                                                                   /s/
                                      James R. Spencer
                                      Chief United States District Judge

Date: 4-27-10
Richmond, Virginia